05-19-00748-CV

ACCEPTED
DALLAS COUNTY
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/24/2019 1:16:59 PM
LISA MATZ
CLERK

Shelia Bradley

CAUSE NO. DC-17-17458

| | | |
|---|---|---|
| HALFF ASSOCIATES, INC., | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| HKS/WS, a Joint Venture, and AMERICAN ARBITRATION ASSOCIATION, | § | |
| | § | |
| *Defendants.* | § | 14TH JUDICIAL DISTRICT |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/24/2019 1:16:59 PM
LISA MATZ
Clerk,

## Notice of Appeal by Defendant HKS/WS, a Joint Venture

PLEASE TAKE NOTICE THAT:

1.       Defendant HKS/WS, a Joint Venture, desires to appeal from the Final Judgment signed by the Court on March 27, 2019, which, inter alia, finalized the Court's earlier (i) "Order Granting Plaintiff's Motion for Summary Judgment," dated January 16, 2019, and (ii) "Order Granting Halff's Motion for Summary Judgment Pertaining to Defense and Indemnity," dated March 4, 2019.

2.       Defendant HKS/WS, a Joint Venture, appeals to the Fifth Court of Appeals.

Respectfully submitted,

/s/ James A. McCorquodale
_____
James A. McCorquodale
State Bar No. 13464900
SANDY MCCORQUODALE, P.C.
12700 Hillcrest Road, Ste. 125
Dallas, TX 75230
Telephone: (214) 712-4472
Facsimile: (815) 572-9448
Email: sandy@smqlaw.com
ATTORNEYS FOR DEFENDANT
HKS/WS, A JOINT VENTURE

## Certificate of Service

I certify that this document was served on all counsel of record via e-service as indicated below on June 24, 2019.

Grant Gealy
MILLS SHIRLEY L.L.P.
3 Riverway, Suite 670
Houston, Texas 77056
Tel. 713-225-0547
Fax 866-674-7808
ggealy@millsshirley.com
*Counsel for Plaintiff*
*Halff Associates, Inc.*

/s/ James A. McCorquodale
James A. McCorquodale